CITY OF NEW YORK et al., Plaintiffs, v THOMAS A. MAUL, Defendant. L.J. et al., Intervenors-Respondents, v JOHN B. MATTINGLY, as Commissioner, New York City Administration for Children's Services, Appellant, et al., Defendant.

Submitted January 11, 2010; decided January 14, 2010

Reported below, 59 AD3d 187.

Motion by the Legal Aid Society for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of CRUCIBLE MATERIALS CORPORATION et al., Respondents, v NEW YORK POWER AUTHORITY, Appellant.

Submitted November 30, 2009; decided January 14, 2010

Reported below, 50 AD3d 1353.

Motion for reargument denied [see 13 NY3d 223 (2009)].

DEBRA H., Appellant, v JANICE R., Respondent.

Submitted January 11, 2010; decided January 14, 2010

Reported below, 61 AD3d 460.

Motion by Single Mothers By Choice et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

EXECUTIVE RISK INDEMNITY INC., Appellant, v PEPPER HAMILTON LLP et al., Respondents. PEPPER HAMILTON LLP et al., Third-Party Plaintiffs-Respondents, v CONTINENTAL CASUALTY COMPANY et al., Third-Party Defendants-Appellants.

Submitted November 30, 2009; decided January 14, 2010

Reported below, 56 AD3d 196.

Motion for reargument denied [see 13 NY3d 313 (2009)].

Judge SMITH taking no part.